IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEARTLAND RAIL, LLC,<br>Plaintiff,<br><br>v.<br><br>JORDAN SANDS, LLC,<br>JAMES P. COUGHLAN, and<br>ROBERT J. COUGHLAN,<br>Defendants. | Case No. 20–CV–00189–JPG |

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Heartland Rail, LLC's Complaint against Defendants Jordan Sands, LLC; James P. Coughlan; and Robert J. Coughlan is **DISMISSED WITH PREJUDICE**.


**Dated: Friday, January 29, 2021**      **MARGARET M. ROBERTIE**
                                         **CLERK OF COURT**

                                         **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**